NATIONAL LEAD COMPANY, PLAINTIFF IN ERROR, v. SAM-
UEL D. DICKINSON, SECRETARY OF STATE, DEFEND-
ANT IN ERROR.

Argued March 15th, 1905—Decided November 20th, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Vredenburgh, Wall & Van Winkle.*

For the defendant in error, *Robert H. McCarter,* attorney-general.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Garretson in that court.   41 *Vroom* 596.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.   11.

*For reversal*—None.